**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 07-00372-01-CR-W-GAF |
| | ) | |
| **ISAAC A. CHAPA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Now pending before the Court is Defendant's Motion for a Judicial Determination of Mental Competency. Defendant was examined by Richard Frederick, Ph.D., a Clinical Psychologist, who prepared a report dated May 27, 2008.

On June 12, 2008, the Honorable Robert E. Larsen conducted a competency hearing. The parties stipulated to the contents and findings of Dr. Frederick as the only evidence of whether the Defendant is competent to stand trial and to assist in his defense. Based upon the evidence stipulated to by the parties, Judge Larsen found that the Defendant is competent to stand trial and to assist in his defense.

On June 30, 2008, Judge Larsen issued his Report and Recommendation. Upon careful and independent review of the record, as well as the applicable law, and there being no objections filed to the Report and Recommendation, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is

ORDERED that Defendant Isaac A. Chapa is found to be competent.

                                                  /s/ Gary A. Fenner
                                                  GARY A. FENNER, JUDGE
                                                   United States District Court

DATED: July 11, 2008